**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**


MONROE B. RANDLE                                                                                    PLAINTIFF

v.                                                                                                    No. 4:09CV27-P-A

JAMES WILLIAMS, ET AL,                                                                              DEFENDANTS


### ORDER

This matter is before the court, *sua sponte*, for consideration of dismissal. The prisoner plaintiff has submitted a complaint which he wishes to file pursuant to 42 U.S.C. § 1983. The complaint alleges that various defendants violated his First Amendment right to freedom of expression.

The Prison Litigation Reform Act was enacted in April 1996. This Act provides, inter alia, at 28 U.S.C. § 1915(g)

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil
> action or proceeding under this section if the prisoner has, on 3 or more prior
> occasions, while incarcerated or detained in any facility, brought an action or
> appeal in a court of the United States that was dismissed on the grounds that it is
> frivolous, malicious, or fails to state a claim upon which relief may be granted,
> unless the prisoner is under imminent danger of serious physical injury.

On February 22, 2002, this court dismissed *Randle v. Scott*, 4:01CV168-D-B for failure to state a claim upon which relief could be granted. On November 22, 1999, this court dismissed *Randle v. Maples*, 4:99CV95-P-B as frivolous. Finally, the United States District Court for the Southern District of Mississippi dismissed *Randle v. Miss. State Parole Bd.*, 3:07CV313-JCS as frivolous on March 24, 2009. The plaintiff has accumulated three strikes and has been an abuser of his in forma pauperis privileges. Consequently, it is hereby **ORDERED:**

(1)      The plaintiff is **BARRED** under 28 U.S.C. § 1915(g) from filing any future *pro se in forma pauperis* complaints without permission of one of the judges of the court;

(2)      The plaintiff's motion to proceed *in forma pauperis* is hereby **DENIED;**

(3)      In light of this order, the plaintiff's motions [3], [7], [8] to amend his complaint are hereby **DENIED;**

(4)      The deadline for the plaintiff to pay the entire $350.00 filing fee for this case into the court expires **20 days from the date of this order**;

(5)      If the plaintiff has not paid the filing fee into the court by **30 days from the date of this order** (which allows ten days for mailing), then the Clerk of the Court is directed to **CLOSE** this case without further action from the court.

This, the 9th day of June, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE